**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:
PHILLIP RAY PREWITT, JR.                          CASE NO. 18-08737-RLM-13
BOBBIE LEE PREWITT
   Debtors

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 20, 2019, a copy of the *Order Granting Financial Center First Credit Union Relief From Automatic Stay and for Abandonment of Personal Property* (Document 75) was served on the following parties by electronic mail or U. S. Mail, postage prepaid:

   All individuals and creditors listed on attached matrix

                 Respectfully submitted,

                 GRAHAM, HOPPER, FARRER & WILSON, P.C.

                 By: /s/ Scott A. Kainrath
                 SCOTT A. KAINRATH/#26069-49

SCOTT A. KAINRATH#26069-49
GRAHAM, HOPPER, FARRER & WILSON, P.C.
Attorneys at Law
1601 South Anderson Street
P. O. Box 494
Elwood, Indiana 46036
Telephone: 765-552-9878
Facsimile: 765-552-5496
skainrath@ghfwlaw.com
C:\Users\Barb\Documents\MyFiles\Bankruptcy\Certificate\Service\fcfcu.prewitt.09.20.19.wpd

SO ORDERED: September 16, 2019.



Robyn L. Moberly
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:   PHILLIP RAY PREWITT, JR.           CASE NO. 18-08737-RLM-13
         BOBBIE LEE PREWITT
         Debtors

### ORDER GRANTING FINANCIAL CENTER FIRST CREDIT UNION RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT OF PERSONAL PROPERTY

This matter is before the Court on the Motion for Relief From Automatic Stay and Request to Abandon Personal Property and Notice of Objection Deadline With 3-Day Waiver filed by FINANCIAL CENTER FIRST CREDIT UNION, ("Financial Center"). The Court having considered the Motion now finds that the Motion should be granted as to the 2017 Chevrolet Silverado K1500 LT, VIN: 1GCVKREC5HZ313821 for the reasons stated therein.

IT IS THEREFORE ORDERED that Financial Center is hereby granted relief from the Automatic stay under §362 of the U.S. Bankruptcy Code to permit it to exercise its legal rights against certain property of the estate, specifically 2017 Chevrolet Silverado K1500 LT, VIN: 1GCVKREC5HZ313821.

IT IS FURTHER ORDERED that the 2017 Chevrolet Silverado K1500 LT, VIN: 1GCVKREC5HZ313821, pursuant to §554 of the Bankruptcy Code, is hereby abandoned.

**The Court makes no determination regarding the validity, perfection or priority of the lien or interest claimed by Financial Center First Credit Union.**

###

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 18-08737-RLM-13<br>Southern District of Indiana<br>Indianapolis<br>Wed May  8 16:47:11 EDT 2019 | Acima Credit Fka Simpl<br>9815 Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | Acima Credit Fka Simpl<br>9815 S Monroe St Fl 4<br>Sandy, UT 84070-4384 |
| Alder Law KKC<br>120 East Market Street,<br>Suite 380<br>Indianapolis, IN 46204-3232 | Ally Financial<br>Attn: Bankruptcy Dept<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Americredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 | Americredit/GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 |
| Bleeker Brodey & Andrews<br>9247 N Meridian St #101<br>Indianapolis, IN 46260-1813 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Credit One Bank<br>Attn: Bankruptcy<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Eagle Accounts Group, Inc.<br>Attn: Bankruptcy<br>PO Box 17400<br>Indianapolis, IN 46217-0400 | Eagle Accounts Group, Inc.<br>POB 17400<br>Indianapolis, IN 46217-0400 | Eagle Finance<br>7311 US 31 S<br>Indianapolis, IN 46227-8540 |
| Eagle Finance Company<br>9247 N Meridian Street, Suite 101<br>Indianapolis, IN 46260-1813 | Financial Center First Credit Union<br>c/o Karl T. Ryan<br>6502 Westfield Blvd<br>Indianapolis, IN 46220-1292 | Financial Cntr First C<br>PO Box 26501<br>Indianapolis, IN 46226-0501 |
| Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Fingerhut<br>Attn: Bankruptcy<br>PO Box 1250<br>Saint Cloud, MN 56395-1250 | First Key Homes, LLC<br>1850 Parkway Place<br>Suite 900<br>Marietta, GA 30067-8261 |
| First Progress<br>PO Box 84010<br>Columbus, GA 31908-4010 | G.L.A. Collection Company<br>Attn: Bankruptcy<br>PO Box 588<br>Greensburg, IN 47240-0588 | G.L.A. Collection Company<br>PO Box 991199<br>Louisville, KY 40269-1199 |
| HSEHLD FURN<br>Household Furniture<br>2802 Lafayette Road Suite 26<br>Indianapolis, IN 46222-2112 | Hamilton's Bankruptcy Service, LLC on be<br>New World Collections (for Franklin Poin<br>Dental, LLC)<br>16462 E Lake Shore Dr. S<br>Hope, IN 47246-9799 | Harris & Harris<br>111 W Jackson Blvd<br>Suite 400<br>Chicago, IL 60604-4135 |
| Harris & Harris<br>111 West Jackson Boulevard<br>Chicago, IL 60604-4135 | IDR<br>POB 0595<br>Indianapolis, IN 46206-0595 | J&W Management LLC<br>6229 S. Franklin Road<br>Indianapolis, IN 46259-9600 |

| | | |
|---|---|---|
| Karl Ryan, Esq.<br>6502 Westfield Blvd<br>Indianapolis, IN 46220-1293 | KeyBank N.A.<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Dr<br>Baltimore, MD 21236-5904 | Onemain Financial<br>Attn: Bankruptcy<br>601 NW 2nd Street<br>Evansville, IN 47708-1013 | Onemain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| PERSONAL FINANCE COMPANY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236-5904 | Personal Finance Company LLC<br>c/o Robert Crane & Assoc, LLC<br>916 Main Street<br>Anderson, IN 46016-1744 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prestige Financial SVC<br>351 W. Opportunity Way<br>Draper, UT 84020-1399 | Prestige Financial SVC<br>Attn: Bankruptcy<br>351 W. Opportunity Way<br>Draper, UT 84020-1399 |
| Sawin & Shea LLC<br>6100 N Keystone Avenue, Ste. 620<br>Indianapolis, IN 46220-2430 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 |
| Synchrony Bank/Care Credit<br>c/o PO Box 965036<br>Orlando, FL 32896-0001 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | United Auto Credit Co<br>Attn: Bankruptcy<br>PO Box 163049<br>Fort Worth, TX 76161-3049 |
| United Auto Credit Co.<br>3990 Westerly Place<br>Newport Beach, CA 92660-2310 | Bobbie Lee Prewitt<br>8123 Amble Way<br>Indianapolis, IN 46237-8212 | J. Andrew Sawin<br>Sawin, Shea & Des Jardines LLC<br>6100 N. Keystone Ave.<br>Ste. 620<br>Indianapolis, IN 46220-2430 |
| John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Tru<br>320 N. Meridian St., Ste. 200<br>Indianapolis, IN 46204-1772 | Phillip Ray Prewitt Jr.<br>8123 Amble Way<br>Indianapolis, IN 46237-8212 | Richard John Shea Jr.<br>Sawin & Shea, LLC<br>6100 N. Keystone<br>Suite 620<br>Indianapolis, IN 46220-2430 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Eagle Finance Company<br>7311 US 31 S<br>Indianapolis, IN 46227-8540 | (u)Indiana Department of Revenue - Bankruptcy | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     2<br>Total                  55 |